IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIEL J. TANNER, an individual,<br><br>                          Plaintiff,<br><br>v.<br><br>VICKI HIGHTOWER, PAUL ZELLERBACH, JOHN HAWKINS and RIVERSIDE COUNTY, a subdivision of the State of California, John Does One through Ten,<br><br>                        Defendants. | Case No. 6:14 CV 1035-TC<br><br>O R D E R |

      Magistrate Judge Coffin filed his Findings and Recommendation on December 31, 2014. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this 23 day of January, 2015.

                                                        /s/ Ann Aiken<br>
                                                        Ann Aiken, United States District Judge